UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

WINIFRED MACK,

                              Plaintiff,

   v.                                                23-CV-6496

ANTHONY J. SCHANTZ,

                              Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Attorney's Office for the Western District of New York and is a person of such age and discretion as to be competent to serve papers.

That on August 28, 2023, she served a copy of the attached **Notice of Removal, Index to Removal and Exhibit 1, Notice of Claim** by placing a copy of same in First Class, postage-paid envelope addressed to the Plaintiff at the two addresses below, by depositing said envelopes and contents in the United States Mail at the USPS mailbox located within the Federal Building located at 100 State Street, Rochester, New York 14614.

                                      Winifred Mack
                                      229 Fur Long Street
                                      Rochester, NY 14621

                                      Winifred Mack
                                      229 Furlong Street
                                      Rochester, NY 14621


                                      s/JACQUELINE MARKIDIS